■ MARY C. GILFILLAN, Appellant, v SWEET HOME CENTRAL SCHOOL DISTRICT OF AMHERST AND TONAWANDA, Respondent, et al., Defendants. [700 NYS2d 912] —Order unanimously affirmed without costs for the reasons stated in decision at Supreme Court, LaMendola, J. (Appeal from Order of Supreme Court, Erie County, LaMendola, J.—Summary Judgment.) Present— Lawton, J. P., Hayes, Wisner, Hurlbutt and Balio, JJ.